IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02820-BNB

ROBERT E. LEWIS,

    Plaintiff,

v.

ROMANDER ARMSTEAD,
AMESA ARMSTEAD,
DENVER DISTRICT COURTS,
DENVER PROBATION, and
DENVER PAROLE OFFICE,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Robert E. Lewis, is detained at the Denver County Jail in Denver, Colorado. Plaintiff initiated this action *pro se* by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on October 17, 2013, Magistrate Judge Boyd N. Boland directed Plaintiff to file a properly certified account statement for the six months immediately preceding the filing of this action.

Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. On October 24, 2013, Plaintiff submitted a certified account statement, but the statement does not cover the complete six months prior to when Plaintiff filed this action. Because Plaintiff failed to comply with the October 17 Order within the time allowed, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  3rd  day of    December   , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court